**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RODNEY S. ROBBINS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV 05-04065 PHX ROS MEA |
| ) | |
| **JOSEPH M. ARPAIO,** ) | REPORT AND RECOMMENDATION |
| ) | FOR DISMISSAL |
| Defendant. ) | WITHOUT PREJUDICE |
| _____) | |

Plaintiff filed his complaint on December 13, 2005. On January 6, 2006, the Court ordered Plaintiff to complete and return a service packet for Defendant to the Court by January 26, 2006. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure. The civil docket in this matter indicates that Plaintiff never returned a service packet for Defendant to the Court.

Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 120 days of the date that he filed his complaint, by April 11, 2006, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District

1 Court for the District of Arizona Local Rules of Civil
2 Procedure. The civil docket in this matter indicates that
3 Plaintiff has failed to acquire a waiver of service from
4 Defendant or to complete service of process on Defendant.
5      On April 19, 2006, the Court gave Plaintiff until May
6 19, 2006, to show cause why this case should not be dismissed
7 for Plaintiff's failure to comply with the Court's order of
8 January 6, 2006, and Plaintiff's failure to effect service of
9 process on Defendant as required by the Court's order of January
10 6, 2006, and Rule 4, Federal Rules of Civil Procedure.
11 Plaintiff has failed to show cause for his failure to abide by
12 the Court's orders and to effect service of process on
13 Defendant.
14      **THEREFORE**, **IT IS RECOMMENDED that** this case be
15 dismissed for Plaintiff's failure to serve the Defendant in this
16 matter and for Plaintiff's failure to comply with the Court's
17 order of January 6, 2006.
18      DATED this 23rd day of May, 2006.

_____
Mark E. Aspey
United States Magistrate Judge